**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18ᵗʰ St.,  Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

August 14, 2019

**VIA ECF**

The Honorable Judge Vernon S. Broderick
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Cedric Bishop and On Behalf of All Other Persons Similarly Situated v.
Hampton Marine, Inc. d/b/a Hampton Watercraft & Marine
Case No.: 1:19-cv-02630**

Dear Judge Broderick,

   This firm represents Plaintiff Cedric Bishop and On Behalf of All Other Persons
Similarly Situated ("Plaintiffs"), in the above-referenced action. We write, with Defendant's
consent, to inform you that the Parties have a settlement, in principle, and respectfully request
that Your Honor dismiss this matter with prejudice with the right to reopen in thirty days if the
Settlement Agreement is not consummated.

   We appreciate this Court's and Your Honor's time and attention to this matter. Thank
you for your anticipated cooperation in this matter. Should the Court have any questions, please
do not hesitate to contact the undersigned attorney.

Respectfully submitted,
GOTTLIEB & ASSOCIATES

*s/ Jeffrey M. Gottlieb*
Jeffrey M. Gottlieb

cc: All counsel of record (via ECF and email)